Exhibit 3



# MONCKTON CHAMBERS

## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| S Lefkowitz | 17 December 2002 | 26358 |

**WEISS EXTRADITION DEFENSE**                                    Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 03 Jun 2002 | Review Geneva & Convention against Torture materials ) | | |
| 04 Jun 2002 | Review Geneva & Convention against Torture materials ) | | |
| 05 Jun 2002 | Work on materials for Geneva & Strategic question to M Winischhofer ) | | |
| | Drafting for Geneva & Transport from airport to M Winischhofer ) | | |
| | Advising in Conference with M Winischhofer,A Hebling-Werner & SL ) | | |
| | Review of documents ) | | |
| 06 Jun 2002 | Preparation for & Advising in Conference with M Winischhofer & S Weiss ) | | |
| | Advising in Conference with A Hebling-Werner & M Winischhofer ) | | |
| | Return to London;Review of new of documents & drafting ) | | |
| 07 Jun 2002 | Review of documents & drafting for Geneva ) | | |
| | Further drafting for Geneva & Advising on Telephone with M Winischhofer ) | | |
| 08 Jun 2002 | Possibility of Article 5 complaint to Strasbourg ) | | |
| 09 Jun 2002 | Advising on Telephone with SL,M Winischhofer,S Burstyn re S Weiss's removal ) | | |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| | | | **TOTAL FEES** | C/FWD | |
| | | | **TOTAL V.A.T.** | C/FWD | |
| | | | **TOTAL DUE** | | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE

# MONCKTON CHAMBERS

## Professional Fees of Mr Piers Gardner

V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) | |
|---|---|---|---|
| S Lefkowitz | 17 December 2002 | 26358 | |

**WEISS EXTRADITION DEFENSE**      Private

| Date | Description | | Fees | VAT |
|---|---|---|---|---|
| | (Continued from previous page) | Fees B/FWD | 0.00 | 0.00 |
| 09 Jun 2002 | Total 61 Hrs | | 19825.00 | 0.00 |
| | Expenses - Hotel & Travel | | 912.80 | 0.00 |
| 22 Jul 2002 | Total 61 Hrs & Expenses = $30484.57 | | | |
| | Fees received (Total 5259.57 Inv 110) | | -5259.57 | 0.00 |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| 0.00% | 15478.23 | 0.00 | TOTAL FEES | 15478.23 | |
| | | | TOTAL V.A.T. | 0.00 | |
| | | | TOTAL DUE | | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
**WC1R 5BP**
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26385 |

**SHOLAM WEISS - EXTRADITION**                                             Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 10 Jun 2002 | Review of next steps & Advising on Telephone with M Winischhofer,S Burstyn & S Lefkowitz ) | | |
| 11 Jun 2002 | Advising on Telephone with S Burstyn re tactics & Telephone Calls with Strasbourg & Geneva ) | | |
| 12 Jun 2002 | Min of Just position & Advising on Telephone with M Winischhofer & S Lefkowitz re options ) Review of Austrian position & options in Geneva & Strasbourg | | |
| 13 Jun 2002 | Review of General cases on breach of interim measures ) | | |
| 14 Jun 2002 | Advising on Telephone with S Lefkowitz & Work on Article 5 ECHR issues ) | | |
| 16 Jun 2002 | Review options between Strasbourg & Geneva ) | | |
| 17 Jun 2002 | Review Article 5 option in ECHR ,Anguelova ) Advising on Telephone with S Lefkowitz & M Winischhofer & Work on Altmann documents ) E-Mail to S Burstyn & Review of Altmann documents ) | | |
| 18 Jun 2002 | Working on Submissions to Geneva re position of Specil Rapporteur for new communications ) | | |
| 19 Jun 2002 | Drafting submission to United Nations Human Right Committee in Geneva ) | | |
| 20 Jun 2002 | Revision submission to UNHRC ) | | |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| | | | **TOTAL FEES** | C/FWD | |
| | | | **TOTAL V.A.T.** | C/FWD | |
| | | | **TOTAL DUE** | | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26385 |

**SHOLAM WEISS - EXTRADITION**                                       Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)     Fees B/FWD | 0.00 | 0.00 |
| 20 Jun 2002 | Circulation of UNHRC document, advising on telephone with S Lefkowitz & Parliamentary Assembly of the Council of Europe ) Working on Parliamentary Assembly material & European Parliament Committee reports ) | | |
| 21 Jun 2002 | Advising on Telephone with M Winischhofer & S Lefkowitz re parliamentry assembly & review of committees ) | | |
| | Total 74.25 Hrs Total 74.25 hrs = $35472.94 | 24131.25 | 0.00 |

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| 0.00% | 24131.25 | 0.00 | TOTAL FEES | 24131.25 |
| | | | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | |

This fee note supersedes previous fee notes



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26443 |

**SHOLAM WEISS - EXTRADITION**                                            Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 24 Jun 2002 | Working on material on parliamentary assembly ) Advising on Telephone with S Lefkowitz ) Work re evidence required for US & Parliamentary Assembly ) Work on M Winischhofer summary of proceedings in Germany ) | | |
| 25 Jun 2002 | Drafting summaries for politicians & work on ICCPR practice & cases; Advising on Telephone with M Winischhofer ) | | |
| 26 Jun 2002 | Drafting summaries & despatch to S Lefkowitz ) Review ICCPR practice & session dates ) Extensive Telephone Conference with Geneva Secretariat ) Advising on Telephone with S Lefkowitz; Confirmation of drafts ) | | |
| 27 Jun 2002 | Review of M Winischhofer European parliament material & Work on MEP profiles for questioning Austria ) | | |
| 28 Jun 2002 | Advising on Telephone with S Lefkowitz & Liaison with Hebling-Werner ) Advising on Telephone with Corbett & Duff; E-mail summaries ) Advising on Telephone with S Lefkowitz re | | |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| | | | **TOTAL FEES** | C/FWD | |
| | | | **TOTAL V.A.T.** | C/FWD | |
| | | | **TOTAL DUE** | C/FWD | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



**M**ONCKTON
**C**HAMBERS

## Professional Fees of Mr Piers Gardner

V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDB: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26443 |

**SHOLAM WEISS - EXTRADITION**                                      Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)        Fees B/FWD | 0.00 | 0.00 |
| 28 Jun 2002 | Fawsett's order ) | | |
| | Review Fawsett's Order ) | | |
| | Advising on Telephone with S Lefkowitz re | | |
| | Fawsett's order & next steps ) | | |
| 29 Jun 2002 | Implications of Fawsett's Order ) | | |
| 30 Jun 2002 | Review of Implications of Fawsett's Order ) | | |
| 01 Jul 2002 | E-Mail from & to S Burstyn re next steps ) | | |
| | Review position before UNHRC ) | | |
| | Advising on Telephone with S Burstyn at length ) | | |
| | Advising on Telephone with S Lefkowitz re position | | |
| | as discussed ) | | |
| | | | |
| | Total 31.5 hrs | 10250.00 | 0.00 |
| | Total 31.5 hrs $15075 | | |

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| 0.00% | 10250.00 | 0.00 | **TOTAL FEES** | 10250.00 |
| | | | **TOTAL V.A.T.** | 0.00 |
| | | | **TOTAL DUE** | 10250.00 |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26482 |

**SHOLAM WEISS - EXTRADITION**                                         Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 02 Jul 2002 | E-Mail from Andrew Duff MEP & Reply ) | | |
| | Significance that requests for sentencing ) | | |
| 03 Jul 2002 | Advising on Telephone with S Lefkowitz re Duff ) | | |
| | Copy documents to S Burstyn ) | | |
| 04 Jul 2002 | Advising on Telephone with S Lefkowitz & work on | | |
| | material for use in USA ) | | |
| 05 Jul 2002 | Outcome of EP activities & Advising on Telephone | | |
| | with S Lefkowitz ) | | |
| | EP Question by Corbett & Circulation ) | | |
| 06 Jul 2002 | Advising on Telephone with Mike Abell ) | | |
| | Implications of Austrian proceedings for US ) | | |
| 07 Jul 2002 | Strategy in Geneva & Strasbourg ) | | |
| 08 Jul 2002 | Research States which have revised extradition ) | | |
| | Advising on Telephone with S Lefkowitz & Collins | | |
| | re breach of International law ) | | |
| 09 Jul 2002 | Research States which have revised extradition ) | | |
| 10 Jul 2002 | Documents for use in Habeas Corpus ) | | |
| 12 Jul 2002 | Documents for translation ) | | |
| | Documents for use in US proceedings ) | | |
| 15 Jul 2002 | Documents for US proceedings;Copying & faxing ) | | |
| | Faxed documents for translation ) | | |
| 16 Jul 2002 | Documents to S Burstyn ) | | |
| | Mike Abell's Habeas Corpus draft ) | | |

| Rate | Fees | V.A.T. | TOTAL FEES | C/FWD |
|---|---|---|---|---|
| | | | TOTAL V.A.T. | C/FWD |
| | | | TOTAL DUE | C/FWD |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



# MONCKTON CHAMBERS

## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26482 |

**SHOLAM WEISS - EXTRADITION**                                    Private

| Date | Description | | Fees | VAT |
|---|---|---|---|---|
| | (Continued from previous page) | Fees B/FWD | 0.00 | 0.00 |
| 16 Jul 2002 | Total 34.5 hrs<br>34.5 hrs = $16500 | | 11225.00 | 0.00 |

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| 0.00% | 11225.00 | 0.00 | **TOTAL FEES** | 11225.00 |
| | | | **TOTAL V.A.T.** | 0.00 |
| | | | **TOTAL DUE** | 11225.00 |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



MONCKTON CHAMBERS

## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29


Suri Lefkowitz

4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| SF | 17 December 2002 | 26868 |

**SHOLAM WEISS**                                                                 Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 11 Jul 2002 | * Expenses – International Courier Charge | 31.20 | 0.00 |
| 18 Jul 2002 | Reviewing Habeas corpus application and e-mail reply - 2hrs | | |
| 09 Aug 2002 | Note to M.Winischhofer and S.Burstyn - 45mins | | |
| | Note re next steps and instructions - 2hrs | | |
| 10 Aug 2002 | Telephone conference with M.Abbell re US habeas options - 45mins | | |
| 12 Aug 2002 | Note re Austria request to return - 45mins | | |
| 05 Sep 2002 | Prosecution appeal against Fawsett order - 30mins | | |
| 10 Sep 2002 | Reviewing Parliamentary Assembly agenda - 3hrs 30mins | | |
| 16 Sep 2002 | Review, Letters Bruce and Russell-Johnson - 3hrs 45mins | | |
| 17 Sep 2002 | Parly Assembly and telephone conference with Russell-Johnson | | |
| 18 Sep 2002 | Draft questions, emails to secretariat, UNHCHR | | |
| 20 Sep 2002 | Draft questions for Liberal group and R-J | | |
| 23 Sep 2002 | Submission to UNHCR, Parl Assembly telephone conference - 2hrs 45mins | | |
| 24 Sep 2002 | Austrian submissions to UNHRC | | |
| 25 Sep 2002 | Reviewing and updating work for M.Winischhofer and submissions for UNHCR - 3HRS 30MINS | | |
| 30 Sep 2002 | Detailed telephone conference with S.Lefkowitz - | | |
| | Note: Items marked '*' are previously unbilled | | |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| | | | TOTAL FEES | C/FWD | |
| | | | TOTAL V.A.T. | C/FWD | |
| | | | TOTAL DUE | C/FWD | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



# Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
**WC1R 5BP**
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no:  2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| SF | 17 December 2002 | 26868 |

**SHOLAM WEISS**                  **Private**

| Date | Description | | Fees | VAT |
|---|---|---|---|---|
| | (Continued from previous page) | Fees B/FWD | 31.20 | 0.00 |
| 30 Sep 2002 | **45mins** | | | |
| 01 Oct 2002 | **Summary note re current position – 1hr25mins** | | | |
| 30 Oct 2002 | **\* 43.25 Hrs Total** | | 12502.89 | 0.00 |
| | **Total 43.25 hrs = $ 19462.50** | | | |

Note: Items marked '\*' are previously unbilled

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| | | | **TOTAL FEES** | 12534.09 |
| 0.00% | 12502.89 | 0.00 | | |
| 0.00% | 31.20 | 0.00 | **TOTAL V.A.T.** | 0.00 |
| | | | **TOTAL DUE** | 12534.09 |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE