EXHIBIT 4

# MONCKTON CHAMBERS
### 4 RAYMOND BUILDINGS

**Professional Fees of Mr Piers Gardner**
V.A.T. Registration No. [...]

Samuel J Burstyn & Associates
One Biscayne Tower
Suite 2600
Miami
Florida-33131

Gray's Inn
London WC1R 9BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Samuel Burstyn | 31 July 2001 | 25133 |

**WEISS EXTRADITION DEFENSE**                                   Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (continued from previous page) Fees B/FWD | 9635.00 | 0.00 |
| 04 Jul 2001 | and from S Burstyn & M Wintschoffer | | |
| 05 Jul 2001 | Working on US Application & Review of Documents | 1050.00 | 0.00 |
| 06 Jul 2001 | Considering fresh US Application ) | | |
| | * Working on US Application to strike judgement | 875.00 | 0.00 |
| 03 Jul 2001 | Review Strasbourg submission in light of US documents etc ) | | |
| | * Telephone Call with S Burstyn | 790.00 | 0.00 |
| 09 Jul 2001 | (e-Mail & Article from M Wintschoffer by fax ) | | |
| | * Considering Order; Working on Submission to Strasbourg & Telephone Call to S Burstyn | 1050.00 | 0.00 |
| 10 Jul 2001 | * Reviewing US Material | 350.00 | 0.00 |
| 11 Jul 2001 | * Review of procedural history in Austria | 615.00 | 0.00 |
| 12 Jul 2001 | * Structure of Submission & E-Mail to S Burstyn | 175.00 | 0.00 |
| 13 Jul 2001 | * Drafting of Replies & Reviewing documents | 525.00 | 0.00 |
| 16 Jul 2001 | * Research on case entries | 1575.00 | 0.00 |
| 17 Jul 2001 | * Drafting & Review of BGHR material | 1400.00 | 0.00 |
| 18 Jul 2001 | ( Drafting Submission to Oberlandesgericht ) | | |
| | * Drafting & despatch to S Burstyn | 3250.00 | 0.00 |
| 30 Jul 2001 | * Review of E-Mails & Working on Telephone | 440.00 | 0.00 |

Note: Items marked '*' are previously unbilled

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| | | | TOTAL FEES | 21730.00 |
| 0.00% | 21730.00 | 0.00 | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | [illegible] |

This fee note supersedes previous fee notes
THIS IS NOT A TAX INVOICE

" PLEASE MAKE CHEQUES PAYABLE TO Mr Piers Gardner "

EXHIBIT 5

Suri Lefkowitz
1542 54th Street
Brooklyn
New York
11219
USA

17 December 2002

By Fax & Post : 001 718 853 3056

Dear Ms Lefkowitz,

**Re: Sholam Weiss – Payment of Outstanding Fees to Piers Gardner**

I regret to have to write to you again in search of settlement of Piers' long outstanding fees. The matter has become particularly urgent in the light of the request from Farrell Schultz that Piers should make his file and papers available to Edward Fitzgerald QC of Doughty Street Chambers. As you know, there is a deadline of 23 December 2002 for filing the reply to the submissions of Austria with the Human Rights Committee in Geneva. This matter must therefore be resolved forthwith.

The total amount outstanding is £ 73,618.57 which equates to $ 115,734.88 at today's exchange rate. As you know, the considerable amount of work conducted by Piers on this aspect of the matter originated with your instructions and undertaking in respect of his fees given on the evening of 23 May 2002, after the European Court of Human Rights declined the second request for interim measures under Rule 39 of its Rules of Procedure. It was then agreed that a communication should be made to the UN Human Rights Committee as a matter of absolute urgency. It was, and the interim measures order which is now central to the issue before the Human Rights Committee was obtained the following day.

The outstanding balance dates back to June of this year with a number of substantial expenses having been incurred on Piers' part. With such a large sum outstanding I must impress upon you the urgent requirement to settle these fees without further delay. This will enable the papers to be transferred in an orderly way so that the matter can continue with Mr Fitzgerald. Please would you therefore contact me straight away to confirm the method and timing of the payment.

I attach a note of all outstanding fees for ease of reference together with copies of the relevant invoices.

Yours sincerely,

David Hockney
Clerk to Piers Gardner

## SHOLAM WEISS – NOTE OF OUTSTANDING FEES

Case Ref: 26358 ( 3 June – 9 June) £ 15478.23

Case Ref: 26385 ( 10 June – 21 June) £ 24131.25

Case Ref: 26443 ( 24 June – 1 July ) £ 10250

Case Ref: 26482 (2 July – 16 July ) £ 11225

Case Ref: 26868 (18 July – 1 October) £ 12534.09

Total Amount Outstanding : £ 73,618. 57   or   $ 115,734. 57 at today's exchange rate.

17 December02



# Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| S Lefkowitz | 17 December 2002 | 26358 |

**WEISS EXTRADITION DEFENSE**  Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 03 Jun 2002 | Review Geneva & Convention against Torture materials ) | | |
| 04 Jun 2002 | Review Geneva & Convention against Torture materials ) | | |
| 05 Jun 2002 | Work on materials for Geneva & Strategic question to M Winischhofer ) | | |
| | Drafting for Geneva & Transport from airport to M Winischhofer ) | | |
| | Advising in Conference with M Winischhofer, A Hebling-Werner & SL ) | | |
| | Review of documents ) | | |
| 06 Jun 2002 | Preparation for & Advising in Conference with M Winischhofer & S Weiss ) | | |
| | Advising in Conference with A Hebling-Werner & M Winischhofer ) | | |
| | Return to London; Review of new of documents & drafting ) | | |
| 07 Jun 2002 | Review of documents & drafting for Geneva ) | | |
| | Further drafting for Geneva & Advising on Telephone with M Winischhofer ) | | |
| 08 Jun 2002 | Possibility of Article 5 complaint to Strasbourg ) | | |
| 09 Jun 2002 | Advising on Telephone with SL, M Winischhofer, S Burstyn re S Weiss's removal ) | | |

| Rate | Fees | V.A.T. | TOTAL FEES | C/FWD |
|---|---|---|---|---|
| | | | TOTAL V.A.T. | C/FWD |
| | | | TOTAL DUE | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| S Lefkowitz | 17 December 2002 | 26358 |

**WEISS EXTRADITION DEFENSE**     Private

| Date | Description | | Fees | VAT |
|---|---|---|---|---|
| | (Continued from previous page) | Fees B/FWD | 0.00 | 0.00 |
| 09 Jun 2002 | | | | |
| | Total 61 Hrs | | 19825.00 | 0.00 |
| | Expenses - Hotel & Travel | | 912.80 | 0.00 |
| | Total 61 Hrs & Expenses = $30484.57 | | | |
| 22 Jul 2002 | Fees received (Total 5259.57 Inv 110) | | -5259.57 | 0.00 |

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| | | | TOTAL FEES | 15478.23 |
| 0.00% | 15478.23 | 0.00 | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26385 |

**SHOLAM WEISS - EXTRADITION**  Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 10 Jun 2002 | Review of next steps & Advising on Telephone with M Winischhofer,S Burstyn & S Lefkowitz ) | | |
| 11 Jun 2002 | Advising on Telephone with S Burstyn re tactics & Telephone Calls with Strasbourg & Geneva ) | | |
| 12 Jun 2002 | Min of Just position & Advising on Telephone with M Winischhofer & S Lefkowitz re options ) | | |
| | Review of Austrian position & options in Geneva & Strasbourg | | |
| 13 Jun 2002 | Review of General cases on breach of interim measures ) | | |
| 14 Jun 2002 | Advising on Telephone with S Lefkowitz & Work on Article 5 ECHR issues ) | | |
| 16 Jun 2002 | Review options between Strasbourg & Geneva ) | | |
| 17 Jun 2002 | Review Article 5 option in ECHR ,Anguelova ) | | |
| | Advising on Telephone with S Lefkowitz & M Winischhofer & Work on Altmann documents ) | | |
| | E-Mail to S Burstyn & Review of Altmann documents ) | | |
| 18 Jun 2002 | Working on Submissions to Geneva re position of Specil Rapporteur for new communications ) | | |
| 19 Jun 2002 | Drafting submission to United Nations Human Right Committee in Geneva ) | | |
| 20 Jun 2002 | Revision submission to UNHRC ) | | |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| | | | TOTAL FEES | C/FWD | |
| | | | TOTAL V.A.T. | C/FWD | |
| | | | TOTAL DUE | | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE

3



# Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26385 |

**SHOLAM WEISS - EXTRADITION**  Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)   Fees B/FWD | 0.00 | 0.00 |
| 20 Jun 2002 | Circulation of UNHRC document, advising on telephone with S Lefkowitz & Parliamentary Assembly of the Council of Europe ) Working on Parliamentary Assembly material & European Parliament Committee reports ) | | |
| 21 Jun 2002 | Advising on Telephone with M Winischhofer & S Lefkowitz re parliamentry assembly & review of committees ) | | |
| | Total 74.25 Hrs Total 74.25 hrs = $35472.94 | 24131.25 | 0.00 |

| Rate | Fees | V.A.T. | TOTAL FEES | 24131.25 |
|---|---|---|---|---|
| 0.00% | 24131.25 | 0.00 | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | ▓▓▓ |

This fee note supersedes previous fee notes



# Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26443 |

**SHOLAM WEISS - EXTRADITION**          Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 24 Jun 2002 | Working on material on parliamentary assembly) Advising on Telephone with S Lefkowitz) Work re evidence required for US & Parliamentary Assembly) Work on M Winischhofer summary of proceedings in Germany) | | |
| 25 Jun 2002 | Drafting summaries for politicians & work on ICCPR practice & cases; Advising on Telephone with M Winischhofer) | | |
| 26 Jun 2002 | Drafting summaries & despatch to S Lefkowitz) Review ICCPR practice & session dates) Extensive Telephone Conference with Geneva Secretariat) Advising on Telephone with S Lefkowitz; Confirmation of drafts) | | |
| 27 Jun 2002 | Review of M Winischhofer European parliament material & Work on MEP profiles for questioning Austria) | | |
| 28 Jun 2002 | Advising on Telephone with S Lefkowitz & Liaison with Hebling-Werner) Advising on Telephone with Corbett & Duff; E-mail summaries) Advising on Telephone with S Lefkowitz re | | |

| Rate | Fees | V.A.T. | TOTAL FEES | C/FWD |
|---|---|---|---|---|
| | | | TOTAL V.A.T. | C/FWD |
| | | | TOTAL DUE | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26443 |

**SHOLAM WEISS - EXTRADITION**  Private

| Date | Description | Fees | VAT |
|---|---|---|---|
|  | (Continued from previous page)  Fees B/FWD | 0.00 | 0.00 |
| 28 Jun 2002 | Fawsett's order ) | | |
|  | Review Fawsett's Order ) | | |
|  | Advising on Telephone with S Lefkowitz re | | |
|  | Fawsett's order & next steps ) | | |
| 29 Jun 2002 | Implications of Fawsett's Order ) | | |
| 30 Jun 2002 | Review of implications of Fawsett's Order ) | | |
| 01 Jul 2002 | E-Mail from & to S Burstyn re next steps ) | | |
|  | Review position before UNHRC ) | | |
|  | Advising on Telephone with S Burstyn at length ) | | |
|  | Advising on Telephone with S Lefkowitz re position | | |
|  | as discussed ) | | |
|  | Total 31.5 hrs | 10250.00 | 0.00 |
|  | Total 31.5 hrs $15075 | | |

| Rate | Fees | V.A.T. | TOTAL FEES | 10250.00 |
|---|---|---|---|---|
| 0.00% | 10250.00 | 0.00 | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | 10250.00 |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



# Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26482 |

**SHOLAM WEISS - EXTRADITION**                               Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 02 Jul 2002 | E-Mail from Andrew Duff MEP & Reply ) Significance that requests for sentencing ) | | |
| 03 Jul 2002 | Advising on Telephone with S Lefkowitz re Duff ) Copy documents to S Burstyn ) | | |
| 04 Jul 2002 | Advising on Telephone with S Lefkowitz & work on material for use in USA ) | | |
| 05 Jul 2002 | Outcome of EP activities & Advising on Telephone with S Lefkowitz ) EP Question by Corbett & Circulation ) | | |
| 06 Jul 2002 | Advising on Telephone with Mike Abell ) Implications of Austrian proceedings for US ) | | |
| 07 Jul 2002 | Strategy in Geneva & Strasbourg ) | | |
| 08 Jul 2002 | Research States which have revised extradition ) Advising on Telephone with S Lefkowitz & Collins re breach of international law ) | | |
| 09 Jul 2002 | Research States which have revised extradition ) | | |
| 10 Jul 2002 | Documents for use in Habeas Corpus ) | | |
| 12 Jul 2002 | Documents for translation ) Documents for use in US proceedings ) | | |
| 15 Jul 2002 | Documents for US proceedings; Copying & faxing ) Faxed documents for translation ) | | |
| 16 Jul 2002 | Documents to S Burstyn ) Mike Abell's Habeas Corpus draft ) | | |

| Rate | Fees | V.A.T. | | | |
|---|---|---|---|---|---|
| | | | TOTAL FEES | C/FWD | |
| | | | TOTAL V.A.T. | C/FWD | |
| | | | TOTAL DUE | C/FWD | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE

7



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| Suri Lefkowitz | 17 December 2002 | 26482 |

**SHOLAM WEISS - EXTRADITION**  Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)  Fees B/FWD | 0.00 | 0.00 |
| 16 Jul 2002 | Total 34.5 hrs<br>34.5 hrs = $16500 | 11225.00 | 0.00 |

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| 0.00% | 11225.00 | 0.00 | TOTAL FEES | 11225.00 |
| | | | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | 11225.00 |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| SF | 17 December 2002 | 26868 |

**SHOLAM WEISS**                                                                 Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| 11 Jul 2002 | * Expenses - International Courier Charge | 31.20 | 0.00 |
| 18 Jul 2002 | Reviewing Habeas corpus application and e-mail reply - 2hrs | | |
| 09 Aug 2002 | Note to M.Winischhofer and S.Burstyn - 45mins | | |
| | Note re next steps and instructions - 2hrs | | |
| 10 Aug 2002 | Telephone conference with M.Abbell re US habeas options - 45mins | | |
| 12 Aug 2002 | Note re Austria request to return - 45mins | | |
| 05 Sep 2002 | Prosecution appeal against Fawsett order - 30mins | | |
| 10 Sep 2002 | Reviewing Parliamentary Assembly agenda - 3hrs 30mins | | |
| 16 Sep 2002 | Review, Letters Bruce and Russell-Johnson - 3hrs 45mins | | |
| 17 Sep 2002 | Parly Assembly and telephone conference with Russell-Johnson | | |
| 18 Sep 2002 | Draft questions, emails to secretariat, UNHCHR | | |
| 20 Sep 2002 | Draft questions for Liberal group and R-J | | |
| 23 Sep 2002 | Submission to UNHCR, Parl Assembly telephone conference - 2hrs 45mins | | |
| 24 Sep 2002 | Austrian submissions to UNHRC | | |
| 25 Sep 2002 | Reviewing and updating work for M.Winischhofer and submissions for UNHCR - 3HRS 30MINS | | |
| 30 Sep 2002 | Detailed telephone conference with S.Lefkowitz - | | |
| | Note: Items marked '*' are previously unbilled | | |

| Rate | Fees | V.A.T. | TOTAL FEES | C/FWD |
|---|---|---|---|---|
| | | | TOTAL V.A.T. | C/FWD |
| | | | TOTAL DUE | C/FWD |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE



## Professional Fees of Mr Piers Gardner
V.A.T. Registration No: 761 3841 29



4 Raymond Buildings
Gray's Inn London
WC1R 5BP
Tel: 020 7405 7211
Fax: 020 7405 2084
LDE: 257

Page no: 2

| Solicitor Ref | Date | Case Ref No (Please quote in all correspondence) |
|---|---|---|
| SF | 17 December 2002 | 26868 |

**SHOLAM WEISS**  Private

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)  Fees B/FWD | 31.20 | 0.00 |
| 30 Sep 2002 | 45mins | | |
| 01 Oct 2002 | Summary note re current position - 1hr25mins | | |
| 30 Oct 2002 | * 43.25 Hrs Total | 12502.89 | 0.00 |
| | Total 43.25 hrs = $19462.50 | | |

Note: Items marked '*' are previously unbilled

| Rate | Fees | V.A.T. | | |
|---|---|---|---|---|
| 0.00% | 12502.89 | 0.00 | TOTAL FEES | 12534.09 |
| 0.00% | 31.20 | 0.00 | TOTAL V.A.T. | 0.00 |
| | | | TOTAL DUE | |

This fee note supersedes previous fee notes

THIS IS NOT A TAX INVOICE

